```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


KOSAL VONG, an individual,

        Plaintiff,                  NO. CIV. S-12-2860 LKK/GGH

    v.
                                    O R D E R
BANK OF AMERICA, N.A.,
(for itself and as the
successor to COUNTRYWIDE
HOME LOANS, INC., d/b/a
America's Wholesale Lender,
Inc., and as successor to
BAC Home Loans Servicing, LP);
and DOES 1 through 100,
inclusive,

        Defendants.
                                  /
```

Defendant Bank of America has filed a motion to dismiss which is currently scheduled to be heard on March 11, 2013. Plaintiff, who is represented by Vicki L. St. John, Esq., has not filed any opposition or Statement of Non-opposition.

Accordingly, the court ORDERS as follows:

1. Counsel for plaintiff is **ORDERED TO SHOW CAUSE** in writing why she should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order dismissing the

1

1 lawsuit, for her failure to respond to the dismissal motion in a
2 timely manner.  Counsel for plaintiff shall file her written
3 response to this Order To Show Cause within seven (7) calendar days
4 of this order.
5       2.   The hearing on the motion to dismiss (ECF No. 8),
6 currently scheduled for March 11, 2013 is **CONTINUED** to March 25,
7 2013 at 10:00 a.m.
8       3.   Plaintiff shall file an opposition or Statement of
9 Non-opposition to defendant's dismissal motion no later than March
10 11, 2013 at 4:30 p.m.  Defendant shall file its reply, if any, no
11 later than March 18, 2013 at 4:30 p.m.
12    IT IS SO ORDERED.
13    DATED:  March 6, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2