UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOSAL VONG, an individual,

       Plaintiff,                NO. CIV. S-12-2860 LKK/DAD

  v.

                                          O R D E R

BANK OF AMERICA, N.A.,
(for itself and as the
successor to COUNTRYWIDE
HOME LOANS, INC., d/b/a
America's Wholesale Lender,
Inc., and as successor to
BAC Home Loans Servicing, LP);
and DOES 1 through 100,
inclusive,

       Defendants.
_____/

    The court has reviewed the response of plaintiff's counsel (ECF No. 13), to the Order To Show Cause.  The OSC (ECF No. 11), is hereby **DISCHARGED**.  The schedule for defendant's motion to dismiss (ECF No. 8), is hereby amended as follows:

    1.  Plaintiff's opposition or statement of non-opposition to defendant's motion to dismiss shall be filed no later than March 18, 2013 at 4:30 p.m.;

////

1

1   2.   Defendant's reply, if any, shall be filed no later than
2 April 1, 2013 at 4:30 p.m.;
3   3.   The hearing, currently scheduled for March 25, 2013, is
4 **CONTINUED** to April 8, 2013 at 10:00 a.m.
5   IT IS SO ORDERED.
6   DATED:  March 12, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2