1  VICKI L. ST. JOHN (State Bar No. 139625)
   245M Mt. Hermon Road #349
2  Scotts Valley, CA 95066
   Telephone: (831) 206-2650
3  Facsimile:  (831) 851-3273
   vickisterlingstjohn@hotmail.com
4  Attorney for Plaintiff
   Kosal Vong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KOSAL VONG,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. , and DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | Case No. 2:12-cv-02860-LKK_DAD<br>**STIPULATION TO EXTEND TIME TO FILE OBJECTION TO DEFENDANT'S MOTION TO DISMISS AND ORDER**<br><br>**Current response date: March 18, 2013**<br>**New response date: April 15, 2013**<br><br>Hon. Judge Lawrence K. Karlton<br><br>Action Filed:    November 25, 2012<br><br>Trial Date:       TBD |
|---|---|

Plaintiffs Kosal Vong("Plaintiff"), and Defendant, BANK OF AMERICA, N.A. ("Defendant"), (collectively referred to herein as "Parties") hereby stipulate to the following:

  1.   Plaintiffs filed their Complaint in the United States District Court for the Northern District of California on November 25, 2012.

  2.   Plaintiff's objection to Defendant's Motion to Dismiss is due on March 18, 2013.

  3.   Defendant's reply is currently due no later than April 1, 2013.

  4.   The Motion hearing is currently set for April 8, 2013 at 10:00 a.m. in Courtroom 4.

  5.   The Parties hereby agree and jointly stipulate that Plaintiff's last day to file

1  and serve its response to the Motion to Dismiss shall be extended to April 15, 2013, with the other deadlines being extended accordingly.

6. Good cause exists for the extension, as Plaintiff's attorney has immediate family members (husband and mother) with serious health issues.

DATED:  March 15, 2013

By:     /s/ Vicki L. St. John
          VICKI L. ST. JOHN

Attorney for Plaintiff
KOSAL VONG


DATED:  March 15, 2013        REED SMITH LLP


By:     /s/ Matthew S. Vesterdahl (SBN 279769)
          MATTHEW S. VESTERDAHL

Attorneys for BANK OF AMERICA, N.A.

STIPULATION TO EXTEND TIME TO OBJECT TO DEFENDANT'S MOTION TO DISMISS

ORDER

For the reasons stated in the parties' joint stipulation, and good cause appearing, the last day to file and serve Plaintiffs' response to the Motion to Dismiss is hereby CONTINUED to April 15, 2013 at 4:30 p.m.   Defendant's Reply, if any, is due no later than April 29, 2013 at 4:30 p.m.  The hearing is continued to May 13, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 19, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT