R. Euna Kim (SBN 222141)
ekim@reedsmith.com
Raffi L. Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Matthew S. Vesterdahl (SBN 279769)
Email: mvesterdahl@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP")) and

Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP"))

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KOSAL VONG, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA. N.A., (for itself and as the successor to COUNTRYWIDE HOME LOANS INC., d/b/a America's Wholesale Lender, Inc., and as successor to BAC Home Loans Servicing, LP); and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendants. | No.: 2:12-cv-02860-LKK-GGH<br><br>**JOINT STIPULATION TO POSTPONE DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:   November 25, 2012<br><br>Honorable Lawrence K. Karlton |

– 1 –

Plaintiff Kosal Vong ("Plaintiff") and Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP")) ("BANA") and Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP")) ("CHL") (collectively "Defendants"), by and through their respective counsel of record, hereby enter into this stipulation to postpone the deadline for Defendants to file an Answer to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff filed a Complaint in this Action on November 25, 2012.

WHEREAS, the hearing on Defendants' Motion to Dismiss was heard on May 13, 2013.

WHEREAS, the Court issued its ruling on May 22, 2013:  (1) slander of title – granted in part without prejudice (as to the assignment) and denied in part (as to the notice of default and notice of trustee's sale); (2) wrongful foreclosure – denied; (3) Section 2923.5 – denied; (4) RESPA – granted with prejudice; (5) UCL violation – denied.   Accordingly, some of the claims have now survived pleading.

WHEREAS, Plaintiff has not yet amended his Complaint.

WHEREAS, Plaintiff granted Defendants an extension to file an Answer to the Complaint, making their responsive pleading due on June 28, 2013, provided Plaintiff does not amend his Complaint.

THEREFORE, based on the foregoing, the parties agree through their respective attorneys that:

/ / /

/ / /

/ / /

1. Defendants' deadline to file an Answer to Plaintiff's Complaint shall be June 28, 2013.

SO STIPULATED:

DATED:  June 14, 2013          Vicki L. St. John

By: */s/ Vicki L. St. John*
Vicki L. St. John (SBN 139625)
Attorney for Plaintiff
Kosal Vong

DATED:  June 14, 2013          Reed Smith LLP

By: */s/ Matthew Vesterdahl*
Matthew Vesterdahl (279769)
Attorneys for Defendants
Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP")) and Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender (erroneously sued as "Bank of America, N.A. (for itself and as the successor to Countrywide Home Loans, Inc., d/b/a America's Wholesale Lender, Inc., and as successor to BAC home Loans Servicing, LP"))

– 3 –

JOINT STIPULATION TO POSTPONE DEADLINE FOR DEFENDANTS
TO ANSWER PLAINTIFF'S COMPLAINT

## ORDER

According to the joint stipulation above, provided Plaintiff does not file an amended complaint, the deadline for Defendants' to file an Answer to Plaintiff's Complaint shall be no later than 4:30 p.m. on June 28, 2013.

**IT IS SO ORDERED.**

DATED:  June 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**JOINT STIPULATION TO POSTPONE DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.  I declare under penalty of perjury under the laws of the Unites States that the above is true and correct. Executed on June 20, 2013, at San Francisco, California.

  */s/ Matthew S. Vesterdahl*
  Matthew S. Vesterdahl

REED SMITH LLP
A limited liability partnership formed in the State of Delaware