UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOSAL VONG, an individual,

        Plaintiff,                NO. CIV. S-12-2860 LKK/DAD

    v.

                                  O R D E R

BANK OF AMERICA, N.A.,
(for itself and as the
successor to COUNTRYWIDE
HOME LOANS, INC., d/b/a
America's Wholesale Lender,
Inc., and as successor to
BAC Home Loans Servicing, LP);
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

    For the reasons that follow, this case will be dismissed for

failure to prosecute, and this order will be forwarded to the State

Bar of California to ensure that it is aware of the conduct of

plaintiff's counsel, Vicki St. John, Esq. (Cal. Bar No. 139625).

    1.   In violation of E.D. Cal. R. 230(b), plaintiff failed to

file a timely opposition, or Statement of Non-Opposition, to

defendant's motion to dismiss (ECF No. 8).  The court issued an

Order To Show Cause why plaintiff's counsel should not be

1

1    sanctioned for this conduct.   ECF No. 11.   Plaintiff's counsel
2    responded by explaining that she was distracted with health issues
3    involving her 81 year old widowed mother in Omaha, Nebraska, and
4    health issues involving her husband.   ECF No. 13.   The Court
5    discharged the OSC, and continued the hearing on the motion to
6    dismiss.   ECF No. 15.

7        2.   In violation of E.D. Cal. R. 230(i), plaintiff's counsel
8    failed to appear at the May 13, 2013 continued hearing on the
9    motion to dismiss, and failed to notify the court or opposing
10   counsel that she would not appear.   ECF No. 23 (Minutes).   On May
11   14, 2013, the court issued an Order To Show Cause (OSC) why counsel
12   should not be sanctioned for this conduct, and submitted the
13   dismissal motion on the papers.   ECF No. 24.

14       3.   In violation of the May 14, 2013 OSC, plaintiff's counsel
15   never responded to the OSC.

16       4.   In violation of this court's prior order, plaintiff
17   failed to file a required Status Report for the scheduled June 24,
18   2013, Status Conference.   See ECF No. 5 ¶ 8 (status reports due 14
19   days preceding the status conference).

20       Accordingly:

21       a.   This case is **DISMISSED** for failure to prosecute,
22   pursuant to Fed. R. Civ. P. 41(b);

23       b.   The Clerk of the Court shall send a copy of this
24   order, along with a completed "Discipline Referral Form,"[1] to the

25   ─────────────────

26       [1] See

(continued...)

State Bar of California, Office of the Chief Trial Counsel, Intake,

1149 South Hill St., Los Angeles, CA 90015-2299.

    IT IS SO ORDERED.

    DATED:  June 24, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

_____

[1](...continued)

www.calbar.ca.gov/Portals/0/documents/Regulation/2012-Discipline
ReferralForm.pdf