UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOSAL VONG, an individual,

        Plaintiff,                NO. CIV. S-12-2860 LKK/DAD

    v.

                                            O R D E R

BANK OF AMERICA, N.A.,
(for itself and as the
successor to COUNTRYWIDE
HOME LOANS, INC., d/b/a
America's Wholesale Lender,
Inc., and as successor to
BAC Home Loans Servicing, LP);
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

    Plaintiff seeks reconsideration of this court's order dismissing this case for lack of prosecution. The conduct of plaintiff's counsel has been such that the court will not consider reinstating this case as long as plaintiff is represented by current counsel. The court is sympathetic to the difficulties plaintiff's counsel has faced and continues to face, but they do not excuse her utter and repeated failures to notify the court, in advance, of her inability to attend scheduled hearings, or to

1

respond to motions or Orders To Show Cause.

Accordingly, the court will entertain a motion to reconsider its prior order if plaintiff obtains counsel other than Vicki L. St. John, Esq. (Cal. Bar No. 139625), and if that new counsel files a motion for reconsideration no later than 20 days from the date of this order.

IT IS SO ORDERED.

DATED:  July 18, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT